**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Patrick O'Neal ORES, Defendant–**
**Appellant.**

**No. 13–10927**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 13, 2013.

Ramona Albin, Melissa Kay Atwood, Michael B. Billingsley, Elizabeth A. Holt, Jennifer Smith Murnahan, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Alison Wallace, Attorney at Law, Pelham, AL, for Defendant–Appellant.

Before HULL, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Patrick Ores in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ores's convictions and sentences are **AFFIRMED.**